**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CECLIA TATE,**                                                                  **PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley, *et al*.**

**v.**                          **CASE NO. 4:20-CV-00558-BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, *et al*.**                                     **DEFENDANTS**

**<u>ORDER</u>**

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 60]

is adopted.  Defendants' second motion to dismiss [Doc. No. 19] is granted, and therefore

plaintiffs' claims are dismissed without prejudice.  The remaining motions that are pending

[Doc. Nos. 11, 56, 58, and 59] are denied as moot.

IT IS SO ORDERED, this 15th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE